12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Summons for Person Under Supervision

Name of Person: **Justin Varela**  Docket Number: **2:20CR00320-001**
Name of Sentencing Judicial Officer:  **Honorable David Barlow**
**U.S. District Judge**

Date of Original Sentence: **May 4, 2022**
Original Offense: **Possession of Cocaine with Intent to Distribute**
Original Sentence: **Time Served/36 Months Supervised Release**

Date of Violation Sentence: **March 17, 2023**
Violation Sentence: **Time Served/20 Months Supervised Release**

Date of Violation Sentence: **February 7, 2024**
Violation Sentence: **Time Served/20 Months Supervised Release**

Type of Supervision: **Supervised Release**    Supervision Began: **February 7, 2024**

## PETITIONING THE COURT

☒ To issue a summons

## CAUSE

The probation officer believes that the person has violated the conditions of supervision as follows:

**Allegation No. 1:** The person under supervision failed to refrain from the unlawful use of a controlled substance by submitting a urine sample April 2, 2024, which tested positive for cocaine.

**Allegation No. 2:** The person under supervision failed to refrain from the unlawful use of a controlled substance by submitting a urine sample April 4, 2024, which tested positive for cocaine.

**Allegation No. 3:** On April 16, 2024, the person under supervision failed to submit to drug testing, as directed by his probation officer.

**Allegation No. 4:** On April 25, 2024, the person under supervision failed to submit to drug testing, as directed by his probation officer.

**Allegation No. 5:** On April 27, 2024, the person under supervision failed to submit to drug testing, as directed by his probation officer.

**Allegation No. 6:** The person under supervision failed to refrain from the unlawful use of a controlled substance by submitting a urine sample May 14, 2024, which tested positive for cocaine.

Evidence in support of these allegations is derived from U.S. Probation Office records and direct supervision efforts therein.

PROB 12C  
D/UT 03/19

Justin Varela  
2:20CR00320-001

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Martin Warneke_  
by Martin Warneke  
U.S. Probation Officer  
May 15, 2024

---

**THE COURT ORDERS:**

☒ The issuance of a summons  
☐ The issuance of a warrant and tolling of the supervision time  
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____  
☐ No action  
☐ Other

_/s/ David Barlow_  
David Barlow  
United States District Judge

Date: May 15, 2024